UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OUR OWN CANDLE COMPANY, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GIVAUDAN S.A., et al.,<br><br>　　　　Defendants. | Civil Action No. 23-2174 (WJM)<br><br>ORDER |
| CANDLE SHOPPE OF THE POCONOS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GIVAUDAN S.A., et al.,<br><br>　　　　Defendants. | Civil Action No. 23-3049 (WJM) |
| B & E ASSOCIATES, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FIRMENICH S.A., et al.,<br><br>　　　　Defendants. | Civil Action No. 23-3050 (WJM) |

| | |
|---|---|
| **DEMETER F.L., INC.,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**INTERNATIONAL FLAVORS AND FRAGRANCES, INC., et al.,**<br><br>　　　　Defendants. | Civil Action No. 23-3265 (WJM) |
| **CHAUTAUQUA SOAP COMPANY,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**GIVAUDAN S.A., et al.,**<br><br>　　　　Defendants. | Civil Action No. 23-3249 (WJM) |

**THIS MATTER** having been raised by the Court on its own motion; it further appearing that the undersigned should recuse himself; and good cause appearing;

**IT IS** on this 26th day of June, 2023,

**ORDERED** that I hereby recuse myself from all further proceedings in these matters; all pretrial proceedings will be handled by the Honorable Jessica S. Allen, U.S.M.J.

　　　　　　　　　　　　　　　　　　　　　　　*s/James B. Clark, III*
　　　　　　　　　　　　　　　　　　　　　　　**JAMES B. CLARK, III**
　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**

Original:　　Clerk
cc:　　　　　Hon. William J. Martini, U.S.D.J.
　　　　　　Hon. Jessica S. Allen, U.S.M.J.
　　　　　　File